## (June 25, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERTO MEJIAS, Appellant.— Motion by the People, upon notice to the appellant, to dismiss his appeal from an order of the Supreme Court, Queens County, dated April 29, 1965, denying his motion to dismiss the indictment. Motion granted; appeal dismissed. The order is not appealable; it may be reviewed only upon appeal from the judgment of conviction (Code Crim. Pro., § 517). Motion by appellant for leave to appeal as a poor person and for assignment of counsel, dismissed as academic. Ughetta, Acting P. J., Brennan, Hill, Rabin and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. WILLIAM A. SAMPSON, Defendant.— Motion by defendant for leave to appeal as a poor person and for assignment of counsel on a purported appeal from an order of the Supreme Court, Kings County, entered May 12, 1965, denying his motion for a transcript of the stenographic minutes of the trial. Motion denied; the order is not appealable (Code Crim. Pro., § 517). Ughetta, Acting P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.